UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RENE ADOLPHO GUZMAN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:13-CV-101 |
| | § | |
| RISSI L. OWENS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

This is a pro se prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Pending is Plaintiff's Motion For Leave for an Extension to File His Answer To Magistrate's Recommendation to Dismiss Complaint. (D.E. 8). Plaintiff received a copy of the Memorandum and Recommendation to Dismiss Complaint on May 13, 2013. (D.E. 7). Plaintiff's letter transmitting the motion for an extension is dated May 14, 2013 and is postmarked May 16, 2013, by the U.S. Postal Service. (D.E. 8). Plaintiff's request is reasonable. Plaintiff is proceeding pro se and he should have sufficient time to object to the recommended dismissal of this action.

The Court **GRANTS** petitioner an extension to **June 27, 2013,** to file objections to the Magistrate Judge's Memorandum and Recommendation to Dismiss Complaint. No further extensions will be granted.

Plaintiff is reminded that failure to timely file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and

recommendation shall bar him, except upon grounds of *plain error,* from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.  Douglass v. United Servs. Auto Ass'n, 79 F.3d 1415 (5th Cir. 1996) (en banc).

  ORDERED this 10th day of June, 2013.

*[signature: Jason Libby]*
Jason B. Libby
United States Magistrate Judge